# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBISON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>POLARIS INDUSTRIES INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-02176-JAM-AC<br><br>(*Removed from Sacramento County Superior Court Case No. 34-2017-00218498*)<br><br>**ORDER ON STIPULATION TO CONTINUE DISMISSAL DATE**<br><br>Judge: Hon. John A. Mendez |

**GOOD CAUSE APPEARING: IT IS HEREBY ORDERED** as follows:

    1.    The Dismissal date is continued to February 23, 2018.

**IT IS SO ORDERED.**

DATED: 1/11/2018

                                /s/ John A. Mendez
                                Hon. John A. Mendez
                                United States District Court Judge