Jon P. Jacobs (SBN 205245)
Ryan H. Gomez (SBN 305208)
LAW OFFICES OF JON JACOBS
5701 Lonetree Blvd., Suite 202
Rocklin, CA 95765
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
jon@lemonbuyback.com
ryan@lemonbuyback.com

Attorneys for Plaintiff
STEVEN ROBISON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBISON,<br><br>  Plaintiff,<br><br>v.<br><br>POLARIS INDUSTRIES INC.,<br><br>  Defendants. | CASE NO.: 2:17-CV-02176-JAM-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: February 23, 2018                    LAW OFFICES OF JON JACOBS

/s/ Ryan H. Gomez_____
Ryan H. Gomez
Attorneys for Plaintiff
STEVEN ROBISON

Dated: February 23, 2018                    BOWMAN AND BROOKE LLP

/s/ Ian Schuler (as authorized on 2/23/18)
Ian G. Schuler
Attorneys for Defendant
POLARIS INDUSTRIES, INC.

**ORDER**

Based on the foregoing stipulation, this action shall be, and hereby is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

Dated: February 23, 2018

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge